UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____–Civ–_____/_____

16CV20948-Gayles/Turnoff

PATRICIA BARRETT,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## SUMMONS IN A CIVIL ACTION

**TO:**    CARNIVAL CORPORATION
*Registered Agent:*
NRAI SERVICES, INC.
1200 South Pine Island Road
Plantation, FL 33324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

DAVID W. SINGER, ESQUIRE
DAVID W. SINGER & ASSOCIATES, P.A.
Attorneys for Plaintiff(s)
1011 South Federal Highway
Hollywood, Florida 33020
Fla. Bar No.: 283908

an answer to the Complaint which is herewith served upon you, within (21) twenty days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must file your answer with the Clerk of this Court within a reasonable period of time after service.

Mar 16, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**    DATE

s/ S. Reid
Deputy Clerk
U.S. District Courts